NOVEMBER 17, 1998

No. A–410. WILSON, GOVERNOR OF CALIFORNIA, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. Application to vacate the temporary restraining order entered by the United States District Court for the Northern District of California on November 16, 1998, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 98–6888 (A–414). McDUFF *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

NOVEMBER 30, 1998

No. M–31. COLLINS *v.* WARNER-LAMBERT CO. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. M–32. LAI *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–33. CANNON *v.* OKLAHOMA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 98–6132. SPETH *v.* NEW JERSEY. Super. Ct. N. J., App. Div.;
No. 98–6148. PERCESEPE *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir.; and
No. 98–6615. STAFFORD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 21, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.